UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARIO ACEVEDO

    Plaintiff,

v().                                                      Case No. 8:20-cv-01632-T-35TGW

TD BANK, N.A., EXPERIAN
INFORMATION SOLUTIONS, INC.,
and TRANS UNION LLC,

    Defendants.

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and for the reasons set forth herein, Plaintiff Dario Acevedo and Defendant TD Bank, N.A., file this *Joint Motion to Modify Scheduling Order* and continue the trial setting, as follows:

1. The discovery schedule and all deadlines are set forth in the Court's *Case Management and Scheduling Order* [Doc. 27] dated October 5, 2020.

2. The current scheduling order requires that all discovery be completed by May 17, 2021. *Id*.

3. Discovery has been moving forward steadily in this case:

| Discovery Request | Date Served |
| --- | --- |
| Plaintiff's First Requests for Production to Experian | September 11, 2020 |
| Plaintiff's First Set of Interrogatories to Experian | September 11, 2020 |
| Plaintiff's First Requests for Production to Trans Union | September 11, 2020 |
| Plaintiff's First Set of Interrogatories to Trans Union | September 11, 2020 |
| Plaintiff's First Requests for Production to TD Bank | September 15, 2020 |

**Joint Motion to Modify Scheduling Order -- Page 1**

| Plaintiff's First Set of Interrogatories to TD Bank | September 15, 2020 |
| --- | --- |
| TD Bank's First Requests for Production to Plaintiff | March 22, 2021 |
| TD Bank's First Set of Interrogatories to Plaintiff | March 22, 2021 |

4. There has been significant discovery in the case to date:

| **Producing Party** | **Documents** |
| --- | --- |
| Plaintiff Dario Acevedo has produced: | ACEVEDO 001-181 |
| Defendant, TD Bank has produced: | TD_DA_001-592[1] |
| Defendant Experian has produced: | EXP 001-189 |
| Trans Union has produced: | TU 001-207 |

5. As of the filing of this motion, the following Rule 45 third-party subpoenas have also been issued:

| **Non-Party Name** | **Date Served** |
| --- | --- |
| Equifax Information Services LLC | September 17, 2020 |
| T-Mobile | September 14, 2020 |
| TSYS | November 19, 2020 |
| City of Tampa Police Department | March 11, 2021 |
| CitiBank | March 11, 2021 |

6. In Response to the third-party subpoenas, non-parties have produced substantial discovery, with certain other discovery outstanding including:

| **Non-Party Name** | **Documents Produced** |
| --- | --- |
| Equifax Information Services LLC | EQUIFAX 001-460 |
| T-Mobile | TMOBILE 0001-1084 |
| TSYS | TSYS 001-037 |
| City of Tampa Police Department | Forthcoming |
| CitiBank | Forthcoming (Objections and Responses received on 03/25/2021) |

7. The Parties continue to make every effort to resolve this matter short of trial.

8. To date, Plaintiff has already resolved the case with two of three

---

[1] Including 60 audio recordings totaling more than 9 hours of audio.

**Joint Motion to Modify Scheduling Order -- Page 2**

defendants. On November 11, 2020, Plaintiff filed a *Notice of Settlement as to Defendant, Experian Information Solutions, Inc. Only*. [Doc. 28] More recently, on March 8, 2021, Plaintiff filed a *Joint Notice of Settlement and Stipulation of Dismissal with Prejudice as to Defendant Trans Union LLC Only*. [Doc. 34]

9. Plaintiff's counsel, Matthew M. Loker, who will be primarily responsible for the remainder of the outstanding discovery is also lead trial counsel in a matter set for trial on May 17, 2021, *Pongsai v. American Express Company*, Central District of California, Case No.: CV19-1628 DOC (JDEx).

10. Final trial preparation in *Pongsai* will consume most of Mr. Loker's April and May.

11. In order to allow both remaining parties sufficient time to review discovery in its entirety, some of which is still forthcoming, and conduct the remaining depositions in this case, both parties respectfully request the Court modify the scheduling order by extending the current deadlines, and continuing the trial setting, by ninety (90) days.

12. The parties have conferred regarding proposed modifications to the current scheduling order and are in agreement that such modifications are necessary for the reasons stated herein. The Parties therefore respectfully ask the Court to modify the scheduling order to extend all deadlines as follows:

| Event | New Proposed Deadline |
|---|---|
| Discovery Deadline | August 16, 2021 |
| Dispositive Motions, *Daubert*, and *Markman* Motions | September 13, 2021 |
| Meeting in Person to Prepare Joint Final | January 18, 2022 |
| Joint Final Pretrial Statement | January 27, 2022 |
| All Other Motions Including Motions *In Limine* | February 3, 2022 |
| Trial Briefs and Deposition Transcripts with Designations Highlighted | February 10, 2022 |
| Trial Term: | April 2022 |
| Begins: | April 4, 2022 |
| Mediation | August 16, 2021 |

13.     There is good cause to move all the deadlines in this case, including trial, and this motion is not intended to prejudice any party or to cause any undue delay.

14.     Plaintiff's counsel has conferred with Defendant's counsel and Defendant's counsel does not oppose extending the deadlines as set forth above.

## MEMORANDUM OF LAW

The granting of this motion is within the Court's broad discretion. *See Rink v. Cheminova, Inc.*, 400 F.3d 1286 (11th Cir. 2005) (district courts are vested with wide discretion in controlling their dockets by granting or denying a motion for continuance); *Perez v. Miami-Dade County*, 297 F.3d 1255, 1263 & n.21 (11th Cir. 2002) (indicating that the district courts have discretion over the scheduling and disposition of cases); *Santiago v. Lykes Bros. Steamship Co.*, 986 F.2d 423, 427 (11th Cir. 1993) (finding that the district courts have broad discretion in deciding whether to modify a pretrial order).

Because of the need to obtain additional outstanding discovery and schedule depositions in this matter, the parties jointly seek an extension of all remaining deadlines and trial by 90 days to allow the parties to complete discovery. It is respectfully submitted that the foregoing establishes good cause for moving all of the deadlines and trial. To date, the parties have cooperated in discovery and have worked to move to resolve the case. The proposed modified scheduling order serves to streamline the litigation and will serve judicial economy, avoid inconvenience, allow this matter to be resolved expeditiously and efficiently, and not prejudice either party. Thus, the parties jointly and respectfully request that the Court grant this Motion.

WHEREFORE, the parties respectfully request the Court extend the remaining case deadlines and trial by 90 days as provided in this Motion.

## **CERTIFICATE OF CLIENT CONSENT**

In compliance with Local Rule 3.08(b) counsel for both parties certify that their respective clients consent to the continuance requested in this Motion.

Respectfully submitted,

| | |
|---|---|
| *s/ Joshua R. Kersey* | *s/ Justin M.L. Stern* |
| Joshua R. Kersey | Justin M. L. Stern |
| Florida Bar No. 087578 | Florida Bar No. 1010139 |
| Morgan & Morgan, PA | Duane Morris LLP |
| 201 North Franklin Street, 7th Floor | 1875 NW Corporate Blvd., Suite 300 |
| Tampa, Florida 33602 | Boca Raton, FL 33431 |
| Telephone: (813) 223-5505 | Telephone: (561) 962-2100 |
| Facsimile: (813) 222-2490 | Facsimile: (561) 961-2101 |
| JKersey@ForThePeople.com | JMLStern@duanemorris.com |
| AWynne@ForThePeople.com | *Attorney for Defendant TD Bank, N.A.* |

and

Matthew Loker
California Bar No. 279939
Loker Law, APC
1303 E. Grand Ave., Ste. 101
Arroyo Grande, California 93420
matt@loker.law

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically serve a copy on the following counsel of record:

Justin M. L. Stern, Esq.
**DUANE MORRIS LLP**
JMLStern@DuaneMorris.com
*Counsel for Defendant TD Bank, N.A.*

*s/ Joshua R. Kersey*
Joshua R. Kersey
