UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARIO ACEVEDO,

    Plaintiff,

v.                                                                              Case No. 20-cv-1632-MSS-35TGW

TD BANK, N.A., EXPERIAN INFORMATION
SOLUTIONS, INC., AND TRANS UNION LLC,

    Defendants.

---

**STIPULATION REGARDING LIMITED CONTINUANCE OF
DISCOVERY CUT OFF FOR DEPOSITIONS**

| | |
|---|---|
| Octavio Gomez<br>MORGAN & MORGAN, P.A.<br>One Tampa City Center<br>201 N Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Telephone: (813) 223-5505<br>Facsimile: (813) 222-2490<br>TGomez@ForThePeople.com | Kassia Fialkoff<br>Florida Bar No. 117708<br>DUANE MORRIS LLP<br>1875 NW Corporate Blvd., Ste. 300<br>Boca Raton, FL 33431<br>Telephone: (561) 962-2100<br>Facsimile: (561) 962-2101<br>kfialkoff@duanemorris.com |
| Matthew M. Loker, Esq.<br>Admitted Pro Hac Vice<br>LOKER LAW, APC<br>1303 East Grand Avenue, Suite 101<br>Arroyo Grande, CA 93420<br>Telephone: (805) 994-0177<br>Facsimile: (805) 994-0197<br>matt@loker.law<br>*Attorneys for Plaintiff* | |

2

Defendant TD BANK, N.A. ("TD Bank") filed a Motion for a Protective Order on August 12, 2021 regarding these depositions as well as a Federal Rule of Civil Procedure 30(b)(6) Deposition of Citibank, N.A. [ECF No. 48].

Plaintiff DARIO ACEVEDO ("Acevedo") opposed this Motion and outlined the need for these depositions as well as the steps Acevedo has taken to secure said depositions within the discovery cut off. [ECF No. 49].

On October 8, 2021, the Honorable Thomas G. Wilson permitted Acevedo to take the depositions on mutually agreeable dates and times.

The Parties agreed to the dates below; however, the first available dates are after the current discovery cut off. [ECF No. 46].

The Parties agree there is good cause for permitting Acevedo and TD Bank to take these remaining depositions after the cut off for the reasons discussed with the Court on October 8, 2021.

The Parties thus requests that the depositions identified herein proceed as follows:

| DEPONENENT | DATE |
|---|---|
| Candice Banks | October 27, 2021 |
| Ronnis Tolbert | October 27, 2021 |
| Doreen Harris | October 27, 2021 |
| Lashunda Cunningham | October 27, 2021 |
| Marquis Fitzpatrick[1] | By November 5, 2021 |
| Citibank, N.A.[2] | By November 5, 2021 |
| Dario Acevedo | November 2, 2021 |
| Marlon Acevedo | November 3, 2021 |

Through this Motion, the Parties do not seek to alter any other dates in the Scheduling Order.

Respectfully submitted,

/s/ Matthew M. Loker
Matthew M. Loker
Admitted Pro Hac Vice
LOKER LAW, APC
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177
Facsimile: (805) 994-0197
matt@loker.law
*Attorneys for Plaintiff*

---

[1] Fitzpatrick is a former employee of TSYS and not currently represented by counsel. Acevedo has obtained Fitzpatrick's last known address and is currently seeking to serve him with a deposition subpoena for the date agreed upon among counsel.

[2] Citibank, N.A. is represented by Ali Fesharaki, Esq. of Stroock and the parties will seek to complete the depositions by those dates.

_/s/ Kassia Fialkoff_
Kassia Fialkoff
DUANE MORRIS LLP
1875 NW Corporate Blvd., Ste. 300
Boca Raton, FL 33431
Telephone: (561) 962-2100
Facsimile: (561) 962-2101
kfialkoff@duanemorris.com

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Matthew M. Loker
Admitted Pro Hac Vice
LOKER LAW, APC
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177
Facsimile: (805) 994-0197
matt@loker.law
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2021, a true and correct copy of the foregoing was filed via CM/ECF thereby serving defense counsel of record.

*s/ Octavio Gomez*
Octavio Gomez

DM1\12539853.1